1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERT ROMO,                ) NO. SACV 08-01325 ODW (SS)

                                    )

12               Petitioner,    )

                                    )

13            v.                )         **JUDGMENT**

                                    )

14 ANTHONY HEDGPETH, Warden,   )

                                    )

15              Respondent.    )

 ————————————————————— )

16

17

18      Pursuant to the Court's Order Adopting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22 with prejudice.

23

24 DATED: December 15, 2010

25                                 ————————————————————

26                                 OTIS D. WRIGHT, II

                                UNITED STATES DISTRICT JUDGE

27

28